No. 370. F. H. FULLWOOD *v.* CITY OF CANTON, OHIO, ET AL. Error to the Supreme Court of the State of Ohio. Motion submitted October 3, 1927. Decided October 17, 1927. *Per Curiam.* The motion for leave to proceed further herein *in forma pauperis* is denied for the reason that the Court, upon examination of the unprinted

record, finds that no Federal question is presented, and the writ of error is therefore also dismissed on the authority of *Farrell* v. *O'Brien,* 199 U. S. 89, 100; *Toop* v. *Ulysses Land Co.,* 237 U. S. 580, 583; *Piedmont Power and Light Co.* v. *Town of Graham,* 253 U. S. 193, 195. The costs already incurred herein, by direction of the Court, shall be paid by the Clerk from the special fund in his custody, as provided in the order of October 29, 1926. *Mr. Faber J. Drukenbrod* for plaintiff in error. No appearance for defendants in error.